FILED
2012 APR 26 PM 2:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SA CR No. **SA CR 12-0097** |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | [18 U.S.C. § 1589(a): Forced Labor; 18 U.S.C. § 1591: Sex Trafficking by Force, Fraud or Coercion] |
| ROSHAUN NAKIA PORTER, ) aka "Kevin," ) | |
| Defendant. ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1589(a)]

From in or about February 2011, through on or about April 4, 2012, in Orange County, within the Central District of California, and elsewhere, defendant ROSHAUN NAKIA PORTER, also known as "Kevin," knowingly provided and obtained the labor and services of Jane Doe #1 by means of force, threats of force, physical restraint, and threats of physical restraint to Jane Doe

#1 and her family members; by means of serious harm and threats of serious harm against Jane Doe #1 and her family members; by means of a scheme, plan, and pattern intended to cause Jane Doe #1 to believe that, if Jane Doe #1 did not perform such labor and services, then Jane Doe #1 and her family members would suffer serious harm and physical restraint.

COUNT TWO

[18 U.S.C. § 1589(a)]

From in or about 2010, through on or about April 4, 2012, in Orange County, within the Central District of California, and elsewhere, defendant ROSHAUN NAKIA PORTER, also known as "Kevin," knowingly provided and obtained the labor and services of Jane Doe #2 by means of force, threats of force, physical restraint, and threats of physical restraint against Jane Doe #2; by means of serious harm and threats of serious harm against Jane Doe #2; by means of a scheme, plan, and pattern intended to cause Jane Doe #2 to believe that, if Jane Doe #2 did not perform such labor and services, then Jane Doe #2 would suffer serious harm and physical restraint.

## COUNT THREE

[18 U.S.C. § 1591(a)(1)]

From in or about February 2011, through on or about April 4, 2012, in Orange County, within the Central District of California, and elsewhere, defendant ROSHAUN NAKIA PORTER, also known as "Kevin," knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain and maintain by any means Jane Doe #1, knowing or in reckless disregard of the fact, that force, threats of force, fraud, and coercion or any combination of such means would be used to cause Jane Doe #1 to engage in a commercial sex act.

## COUNT FOUR

[18 U.S.C. § 1591(a)(1)]

From in or about 2010, through on or about April 4, 2012, in Orange County, within the Central District of California, and elsewhere, defendant ROSHAUN NAKIA PORTER, also known as "Kevin," knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain and maintain by any means Jane Doe #2, knowing or in reckless disregard of the fact, that force, threats of force, fraud, and coercion or any combination of such means would be used to cause Jane Doe #2 to engage in a commercial sex act.

A TRUE BILL

_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

DOUGLAS F. McCORMICK
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

SANDY N. LEAL
Assistant United States Attorney